## (March 11, 1955.)

In the Matter of C. DAVID NASH et al., Appellants-Respondents, against CALVIN VAN PELT, as Clerk of the Village of Northport, et al., Respondents-Appellants. — In a proceeding pursuant to the Election Law to invalidate a nominating petition filed in connection with the annual village election of the Village of Northport, petitioners appeal from an order which denies their application to declare the petition invalid for failure to set forth thereon the correct election districts in which the respective signers thereof resided, and respondents-appellants appeal from certain portions of said order. On appeal of appellants-respondents, order affirmed, without costs. On the argument of this appeal it was conceded that, although the village has been divided by resolution of the board of trustees into two election districts but one polling place has been used; that there is no separation of the vote in the village by district; that one voting result is announced and filed; and that the inspectors of election have not been designated by district but rather from the village as a whole. On consideration of the peculiar circumstances disclosed by this record, we are of opinion that there has been substantial compliance with the statute (Election Law, § 138). On appeal by respondents-appellants, appeal dismissed, without costs. They are not parties aggrieved. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

## (March 14, 1955.)

ROBERT L. BRADFORD, Appellant, v. NICHOLAS M. PETTE, Respondent.— Motion to dismiss appeals granted, without costs, and appeals dismissed, without costs. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [204 Misc. 308.]   [See post, p. 1193.]

JACOB FRUMMER, as Trustee of the Estate of ESTHER GREENBERG, Also Known as ESTHER LESIN, a Bankrupt, Respondent, v. ESTHER GREENBERG, Also Known as ESTHER LESIN, et al., Appellants, and LEO BLATT, as Trustee of the Estate of SAUL GREENBERG, a Bankrupt, et al., Respondents.— Motion referred to the court that rendered the decision. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ. [See ante, p. 888.]

JOHN C. GLENN, Public Administrator of Queens County, as Administrator of the Estate of THEKLA HAINK, Deceased, Respondent, v. EDWARD H. BOUSFIELD, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See ante, p. 894.]